# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Duffy, Patrick M. | 2. Court or Organization  U.S. District Court | 3. Date of Report  05/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Doonbeg Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Charleston School of Law | $24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | January 24-25, 2013 | Myrtle Beach, SC | Speak at Professional Convention | Hotel, Meals & Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Line | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 4. Investment co of America CL C -American Bond Fund of America | A | Dividend | | | Sold | 01/03/13 | J | A | |
| 5. Pepsico Inc | A | Dividend | J | T | Sold (part) | 09/23/13 | J | A | |
| 6. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 7. I-26/78 Associate LLC 12/30/88 $60,000 | | None | L | R | | | | | |
| 8. First Trust Build America Bonds | A | Interest | | | Sold | 01/03/13 | J | A | |
| 9. First Federal of Charleston | A | Interest | J | T | | | | | |
| 10. Bank of America | A | Interest | J | T | | | | | |
| 11. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. United Technologies Corp | A | Dividend | J | T | | | | | |
| 13. SCAGO Educational FACS Pickens Sch Dist SC Install Rev | A | Interest | J | T | | | | | |
| 14. Blackrock Capital Apprec FD Inc Inst Class | | None | | | Sold | 01/18/13 | J | A | |
| 15. Bridge Builder Bond Fund | | None | J | T | Buy | 11/20/13 | J | | |
| 16. Capital World Bond Fund CL F 1 | A | Dividend | J | T | Buy (add'l) | 11/20/13 | J | | |
| 17. Columbia Mid Cap Value Fd Cl Z | | None | | | Sold | 11/20/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CBA Aggressive Growth Fund CL F I | | None | J | T | Buy | 11/20/13 | J | | |
| 19. Credir Suisse Commodity Return Strategy Fund | | None | J | T | Buy (add'l) | 07/22/13 | J | | |
| 20. Dodge & Cox Income Fund | A | Dividend | | | Sold | 11/20/13 | J | A | |
| 21. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 22. DWS Small Cap Value Fund Instl | | None | | | Sold | 11/20/13 | J | A | |
| 23. Eaton Vance Atlanta Cap SMID Cap Fund CL I | | None | | | Sold | 11/20/13 | J | A | |
| 24. Europacific Growth Fund CL F I | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 25. Europacific Growth Fund CL F I | A | Dividend | J | T | Sold (part) | 11/20/13 | J | A | |
| 26. Fidelity New Insights Fd Instl | | None | | | Sold | 06/05/13 | J | A | |
| 27. Fundamental Invs Fund CL I | | None | | | Sold | 11/20/13 | J | A | |
| 28. Harbor Capital Appreciation Fund Inst Class | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 29. Harbor Capital Appreciation Fund Inst Class | A | Dividend | J | T | Sold (part) | 11/06/13 | J | A | |
| 30. Hartford Dividend & Growth I | A | Dividend | J | T | Sold (part) | 11/20/13 | J | A | |
| 31. Invesco Global Real Estate Fund CL Y | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 32. Janus Flexible Bond Fund CL I | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 33. Jensen Quality Growth Fund CL I | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 34. JPMorgan Core Bond Fund Select | | None | | | Sold | 11/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPMorgan Fed Money Market Instl Cl | | None | J | T | | | | | |
| 36. JPMorgan Short Duration Bond Fund | | None | J | T | Buy | 11/20/13 | J | | |
| 37. Loomis Sayles Investment Grade Bond Fund CL Y | | None | | | Sold | 11/20/13 | J | A | |
| 38. Lord Abbett Total Return Fd F | | None | | | Sold | 11/20/13 | J | A | |
| 39. Mainstay High Yield Corp Bond Fund | | None | | | Buy (add'l) | 07/22/13 | J | | |
| 40. Mainstay High Yield Corp Bond Fund | | None | | | Sold | 11/20/13 | J | A | |
| 41. Massachusetts Investors Trust CL I | | None | | | Buy | 02/04/13 | J | | |
| 42. Massachusetts Investors Trust CL I | | None | | | Sold | 11/20/13 | J | A | |
| 43. MFS International Value Fund CL I | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 44. MFS International Value Fund Cl I | A | Dividend | J | T | Sold (part) | 11/20/13 | J | | |
| 45. MFS Value Fund CL I | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 46. Munder Mid CapCore Growth Fund CL Y | | None | J | T | Buy | 11/20/13 | J | | |
| 47. Neuberger Berman High Income Bond Fund Inst CL | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 48. New World Fund CL I | | None | | | Sold | 11/20/13 | J | A | |
| 49. Oppenheimer Intl Bond Fund Y | | None | | | Sold | 08/30/13 | J | A | |
| 50. Pimco Funds Total Return Fund IVInst CL | A | Dividend | J | T | Buy (add'l) | 11/20/13 | J | | |
| 51. Prudential Total Return Bond Fund CL Z | A | Dividend | J | T | Buy | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ridgeworth FDS Total Return BD FD CL I | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 53. Riverpark FDS TR Wedgewood FD Instl CL | | None | | | Buy | 06/05/13 | J | | |
| 54. Riverpark FDS TR Wedgewood FD Instl CL | | None | | | Sold | 11/20/13 | J | A | |
| 55. T Rowe Price Equity Fund | | None | | | Sold | 11/20/13 | J | A | |
| 56. T Rowe Price Dividend Growth Fund | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 57. T Rowe Price Intl FDS Inc Intl Stock Fund | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 58. T Rowe Price Mid Cap Value Fund | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 59. Templeton Income TR Global Bomd Fund | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 60. Templeton Income TR Global Bond Fund | A | Dividend | J | T | Sold (part) | 11/20/13 | J | A | |
| 61. Thornburg Invt Tr Value Fd I | | None | | | Sold | 02/04/13 | J | A | |
| 62. Virtus Frgn Oppts Fd CII | | None | | | Sold | 11/20/13 | J | A | |
| 63. Virtus Real Estate Secs Cl I | | None | | | Sold | 11/20/13 | J | A | |
| 64. Baron Invt FDS Small Cap Fund Inst C | | None | | | Sold | 11/19/13 | J | A | |
| 65. Blackrock Cap Apprec FD Inc Inst C | | None | | | Sold | 01/18/13 | J | A | |
| 66. Bridge Builder Bond Fund | | None | J | T | Buy | 10/28/13 | J | | |
| 67. Bridge Builder Bond Fund | | None | J | T | Sold (part) | 11/19/13 | J | A | |
| 68. T Rowe Price Equity Income Fund | A | Dividend | | | Sold | 11/20/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Capital World Bond Fund CL F 1 | A | Dividend | J | T | | | | | |
| 70. CBA Aggressive Growth Fund CL 1 | | None | J | T | Buy | 11/19/13 | J | | |
| 71. Columbia Midcap Value Fund CL Z | | None | | | Sold | 11/19/13 | J | A | |
| 72. Credit Suisse Commodity Return Strategy Fund | | None | J | T | | | | | |
| 73. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 11/19/13 | J | A | |
| 74. Dodge & Cox Income Fund | | None | | | Sold | 11/19/13 | J | A | |
| 75. DWS Small Cap Value Fund Inst CL | | None | | | Sold | 11/13/13 | J | A | |
| 76. Eaton Vance Atlanta Cap SMID Cap Fund CL 1 | | None | | | Sold | 11/20/13 | J | A | |
| 77. Europacific Growth Fund CL F1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 78. Mainstay High Yield Corporate Bond Fund CL 1 | | None | | | Sold | 11/19/13 | J | | |
| 79. MFS International Value Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 80. Fidelity Advisor New Insights Fund Inst CL | | None | | | Sold | 06/06/13 | J | A | |
| 81. Harbor Capital Appreciation Fund Fund Inst Class | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 82. Hartford Dividend & Growth Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 83. ING Global Real Estate Fund CL 1 | | None | | | Sold | 11/19/13 | J | A | |
| 84. Investment Co of America CL F-American Bond Fund of America | | None | | | Sold | 11/19/13 | J | A | |
| 85. Invesco Global Real Estate Fund | A | Dividend | J | T | Buy | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Janus Flexible Bond Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 87. Jensen Quality Growth Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 88. JP Morgan Core Bond Fund Select CL | | None | | | Sold | 10/28/13 | J | A | |
| 89. JP Morgan Federal Money Market Fund Institutional CL | | None | J | T | | | | | |
| 90. JPMorgan Short Duration Bond Fund Select CL | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 91. Loomis Sayles Investment Grade Bond Fund CL Y | | None | | | Sold | 11/19/13 | J | A | |
| 92. Massachusetts Investors Trust CL 1 | | None | | | Buy | 01/29/13 | J | | |
| 93. Massachusetts Investors Trust CL 1 | | None | | | Sold | 11/19/13 | J | A | |
| 94. MFS Intl Value Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 95. MFS Research International Fund CL I | | None | | | Sold | 11/19/13 | J | A | |
| 96. MFS Value Fund CL 1 | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 97. Munder Mid Cap Core Growth Fund | | None | J | T | Buy | 11/19/13 | J | | |
| 98. Neuberger Berman Income FDS High Income Bond Fund Instl | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 99. New World Fund CL F1 | | None | | | Sold | 11/19/13 | J | A | |
| 100. Oppenheimer International Bond Fund CL Y | | None | | | Sold | 08/13/13 | J | A | |
| 101. Oppenheimer Intl Grow CL Y | | None | | | Buy | 01/29/13 | J | | |
| 102. Oppenheimer Intl Grow CL Y | | None | | | Sold | 11/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Funds Total Return Fund | A | Dividend | J | T | Buy (add'l) | 11/19/13 | J | | |
| 104. Prudential Total Return Bond Fund CL Z | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 105. Ridgeworth Funds Total Return Bond Fund CL I | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 106. T Rowe Price Dividend Growth Fund | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 107. T Rowe Price Equity Income Fund | | None | | | Sold | 11/19/13 | J | A | |
| 108. T Rowe Price Intl Stock Fund | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 109. T Rowe Price Inst. Large Cap Growth | | None | | | Buy | 06/06/13 | J | | |
| 110. T Rowe Price Inst. Large Cap Growth | | None | | | Sold | 11/19/13 | J | A | |
| 111. T Rowe Price Mid Cap Value Fund | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 112. T Rowe Price New Income Fund | | None | | | Sold | 11/19/13 | J | A | |
| 113. Templeton Global Bond Fund Advisor | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 114. Thornburg Value Fund CL I | | None | | | Sold | 11/13/13 | J | A | |
| 115. Future Scholar 529 College Savings Plan - Ella N Duffy | A | Int./Div. | J | T | | | J | | |
| 116. Future Scholar 529 College Savings Plan - Ann K Dueholm | A | Int./Div. | J | T | | | | | |
| 117. Future Scholar 529 College Savings Plan - Jacob C Dueholm | A | Int./Div. | J | T | | | | | |
| 118. Future Scholar 529 College Savings Plan - Reagan V Duffy | A | Int./Div. | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 05/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 7, 1-26/78 Associates, LLC was purchased on 12/30/1988 for the sum of $60,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick M. Duffy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544